

## ORDERED in the Southern District of Florida on January 16, 2019.

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

In re:                                                          Case No.: 18-24067-AJC
                                                                    Chapter 7

**GLADYS VAZQUEZ**

    **Debtor**
_____/

### AGREED ORDER GRANTING TRUSTEE'S AGREED EX-PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO OBJECT TO EXEMPTIONS PURSUANT TO LOCAL RULE 9013 1(C)(5) AND DISCHARGE PURSUANT TO LOCAL RULE 9013-1(C)(6)

THIS MATTER having come before the Court in Miami, Florida, pursuant to the Trustee's Agreed Ex-Parte Motion for Extension of Time in Which to Object to Exemptions Pursuant to Local Rule 9013-1(C)(5) and Discharge Pursuant to Local Rule 9013-1(C)(6), the Court having reviewed the pleading, the Court having noted that the Debtor agrees to a thirty (30) day extension, the Court having noted that the Trustee has complied with Local Rules 9013-1(C)(5) and 9013-1(C)(6), and the Court being otherwise fully advised in the premises, it is

ORDERED as follows:

1.    The Trustee's Motion is granted. The Trustee shall have up through and including February 17, 2019 in which to object to the exemptions of

the Debtor.

    2.    The Trustee shall have up through and including March 19, 2019 in which to object to the discharge of the Debtor.

###

**Submitted By:**
Soneet R. Kapila, Trustee
P. O. Box 14213
Fort Lauderdale, Florida 33302
Phone: 954/761-8707
Fax: 954/761-1033
E-mail: trustee@kapilaco.com

**Copies furnished:**

Soneet R. Kapila, Trustee is directed to mail a conformed copy of this Order to the parties below and file a Certificate of Service.

U.S. Trustee, 51 S.W. First Ave., Room 1204, Miami FL 33130
Robert Sanchez, Esq. 355 W. 49 Street, Hialeah, FL. 33012